# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Gary Emerson West**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00690-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Brick Tripp | ) | |
| United States Corporation Company | | |
| United States District Court for the District of Columbia | | |
| SF-274-Payment Bond | | |
| Court Services and Offender Supervision for the District of Columbia | | |
| SF-275-Bid Bond | | |
| United States Parole Commission | | |
| SF273-Performance Bond**,** | | |
| Defendant(s). | **)** | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 15, 2014 Order.

December 15, 2014

_____
Frank G. Johns, Clerk
United States District Court